William F. Abrams (Bar No. 88805)
Sanjeet K. Dutta (Bar No. 203463)
Jamie L. Lucia (Bar No. 246163)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
1 Market Street, Suite 1800 Steuart Tower
San Francisco, CA 94105-1211
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
wabrams@steptoe.com
sdutta@steptoe.com
jlucia@steptoe.com
ssias@steptoe.com

D. Greg Durbin (Bar No. 81749)
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
greg.durbin@mccormickbarstow.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, doing business as SAN JOAQUIN VALLEY CONCENTRATES; G3 ENTERPRISES, INC. doing business as DELAWARE G3 ENTERPRISES, INC.; and MCD TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> INSTITUUT VOOR LANDBOUW- EN VISSERIJONDERZOEK; EIGEN VERMOGEN VH INSTITUUT VOOR LANDBOUW- EN VISSERIJONDERZOEK; FLANDERS' FOOD; and DOES 1-10, <br><br> Defendants. | Case No.: 1:17-CV-00808-DAD-EPG <br><br> **NOTICE OF ANSWER DUE DATE AND REQUEST TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 4(d), Defendants Instituut voor Landbouw- en Visserijonderzoek, Eigen Vermogen VH Instituut voor Landbouw- en Visserijonderzoek, and Flanders' Food (collectively, "Defendants"), each of which is located in Belgium, have executed a Waiver of Service of Summons. Plaintiffs filed copies of the executed waivers on July 29, 2017. (D.I. 14-16.) As reflected in the executed waivers, Defendants have acknowledged that, pursuant to Federal Rules of Civil Procedure 4(d) and 6(a), each must file and serve an answer or motion under Rule 12 no later than October 10, 2017, which is 90 days after July 11, 2017.[1]

In light of the October 10, 2017 deadline for Defendants to file an answer or motion under Rule 12 and subject to the Court's availability, Plaintiffs respectfully request that the Initial Scheduling Conference, which is currently scheduled for September 19, 2017, at 9:00 a.m., be continued to a date after October 10, 2017.

                                        Respectfully submitted,

Dated: August 10, 2017                STEPTOE & JOHNSON LLP

                                        By:  */s/ Jamie L. Lucia*
                                                Jamie L. Lucia

                                        *Attorneys for Plaintiffs*

---

[1] July 11, 2017 is the date Plaintiffs sent Defendants the request for a waiver. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), the 90 day period would end on October 9, 2017, which is a legal holiday (Columbus Day), so the period continues to October 10.

1       The Court grants a continuance of the Initial Scheduling Conference currently noticed for September 19, 2017, and continues it to October 31, 2017, at 10:00 a.m. A joint report shall be due one full week prior to the conference.

IT IS SO ORDERED.

Dated: **August 10, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE