1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   E. & J. GALLO WINERY, et al.,                No.  1:17-cv-00808-DAD-EPG

12            Plaintiffs,

13        v.                                      ORDER ON STIPULATION MODIFYING
                                                  DATES FOR MOTION TO DISMISS
14   INSTITUUT VOOR LANDBOUW – EN                 HEARING
     VISSERIJONDERZOEK, et al.,
15
              Defendants.
16

17

18        On November 6, 2017, the parties filed a stipulation requesting the briefing dates be

19   modified in relation to a motion to dismiss filed by defendant Flanders Food, currently noticed

20   for hearing on December 5, 2017.  (Doc. No. 29.)  The parties previously agreed, by way of

21   stipulation, that plaintiff's opposition to the motion to dismiss would be due by November 7,

22   2017.  (Doc. No. 24.)  The parties now request that plaintiff be allowed to file its opposition to

23   defendant Flanders Food's motion no later than November 14, 2017, with defendant's reply to be

24   due on November 21, 2017.  (Doc. No. 29.)  Pursuant to the stipulation and good cause showing,

25   the court orders that plaintiff file its opposition to defendant Flanders Food's motion to dismiss

26   /////

27   /////

28

no later than **November 14, 2017**, and defendant Flanders Food file any reply no later than

**November 21, 2017**.

IT IS SO ORDERED.

Dated:   **November 7, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE