UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INSTITUUT VOOR LANDBOUW - EN VISSERIJONDERZOEK, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00808-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT FLANDERS FOOD<br><br>(ECF No. 30) |

On November 8, 2017, the parties filed a stipulation voluntary dismissal of Defendant Flanders Food without prejudice. (ECF No. 30). Thus, the claims against Defendant Flanders Food have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Flanders Food on the docket.

IT IS SO ORDERED.

Dated:  __**November 8, 2017**__          ___/s/ Erica P. Grosjean___
                                          UNITED STATES MAGISTRATE JUDGE

1