KEKER, VAN NEST & PETERS LLP
JEFFREY R. CHANIN - # 103649
jchanin@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK
and EIGEN VERMOGEN VH INSTITUUT VOOR LANDBOUW-
EN VISSERIJONDERZOEK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, doing business as SAN JOAQUIN VALLEY CONCENTRATES; G3 ENTERPRISES, INC. doing business as DELAWARE G3 ENTERPRISES, INC.; and MCD TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK; EIGEN VERMOGEN VH INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK; FLANDERS' FOOD; and DOES 1-10, <br><br> Defendants. | Case No. 17-cv-00808-DAD-EPG <br><br> **DEFENDANTS' REQUEST FOR SEALED HEARING TRANSCRIPT; ORDER** <br><br> Judge:     Hon. Erica P. Grosjean <br><br> Date Filed:  June 15, 2017 <br><br> Trial Date:  None set |

1

**DEFENDANTS'' REQUEST FOR SEALED HEARING TRANSCRIPT**

On April 13, 2018 (Dkt. No. 63), the Court held a hearing on Defendants Instituut Voor Landbouw-en Visserijonderzoek and Eigen Vermogen VH Instituut Voor Landbouw-en Visserijonderzoek (collectively, "ILVO") Amended Motion for Protective Order Staying Discovery by Plaintiffs Pending Compliance with California Code of Civil Procedure § 2019.210 (Dkt. No. 50). Defendants Instituut Voor Landbouw-en Visserijonderzoek and Eigen Vermogen VH Instituut Voor Landbouw-en Visserijonderzoek (collectively, "ILVO" or "Defendants") respectfully submit this request for a copy of the sealed portion of the hearing transcript.

The Court conducted two portions of the April 13, 2018 hearing as follows: (1) OPEN portion, the hearing was approximately 40 minutes and (2) SEALED portion, the hearing was approximately one (1) hour and two (2) minutes. On April 16, 2018 (Dkt. No. 64), Defendants submitted a Transcript Request for the proceedings held on April 13, 2018 before the Honorable Erica P. Grosjean, Court Report ECRO Fresno - Araceli Gil-Garcia. Therefore, Defendants request that the Court authorize the court reporter ECRO - Araceli Gil-Garcia (Dkt. No. 63), to provide Defendants' counsel with a copy of the Sealed portion of April 13, 2018 hearing transcript.

Respectfully Submitted,

Dated: April 17, 2018

KEKER, VAN NEST & PETERS LLP

By:   /s/ *Matthew M. Werdegar*
JEFFREY R. CHANIN
MATTHEW M. WERDEGAR

Attorneys for Defendants
INSTITUUT VOOR LANDBOUW-EN
VISSERIJONDERZOEK and EIGEN
VERMOGEN VH INSTITUUT VOOR
LANDBOUW-EN
VISSERIJONDERZOEK

**<u>ORDER</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has considered Defendants' Request for the April 13, 2018, Sealed Hearing Transcript on the Motion for Protective Order, and authorizes the court reporter, ECRO – Araceli Gil-Garcia, to provide Defendants' counsel with a copy of the sealed portion of April 13, 2018 hearing transcript. The portions of the transcript shall be treated as Attorneys Eyes Only.

IT IS SO ORDERED.

Dated: __**April 17, 2018**__ ____/s/ _Erica P. Grosjean_____

UNITED STATES MAGISTRATE JUDGE