Sanjeet K. Dutta (Bar No. 203463)
Jamie L. Lucia (Bar No. 246163)
STEPTOE & JOHNSON LLP
1 Market Street, Suite 1800 Steuart Tower
San Francisco, California 94105-1211
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
sdutta@steptoe.com
jlucia@steptoe.com

D. Greg Durbin (Bar No. 81749)
Timothy J. Buchanan (Bar No. 100409)
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
greg.durbin@mccormickbarstow.com
tim.buchanan@mccormickbarstow.com

*Attorneys for Plaintiffs*
[Additional Attorneys Listed on the next page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, doing business as SAN JOAQUIN VALLEY CONCENTRATES; G3 ENTERPRISES, INC. doing business as DELAWARE G3 ENTERPRISES, INC.; and MCD TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK; EIGEN VERMOGEN VH INSTITUTTE VOOR LANDBOUW-EN VISSERIJONDERZOEK; FLANDERS' FOOD; and DOES 1-10, <br><br> Defendants. | Case No.: 17-cv-00808-DAD-EPG <br><br> ORDER RE PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL <br><br> (ECF Nos. 58, 76) |

1    James R. Nuttall (admitted *Pro Hac Vice*)
2    STEPTOE & JOHNSON LLP
      115 South LaSalle, Suite 3100
3    Chicago, ILL 60603
      Telephone: (312) 577-1260
4    Facsimile: (312) 577-1370
      jnuttall@steptoe.com
5

6    Stephanie L. Roberts (admitted *Pro Hac Vice*)
      STEPTOE & JOHNSON LLP
7    1330 Connecticut Ave., NW
      Washington, DC 20036
8    Telephone: (202) 429-3000
      Facsimile: (202) 429-3902
9    sroberts@steptoe.com
10

11   *Attorneys for Plaintiffs*
      *E.& J. Gallo Winery, doing business as San*
12   *Joaquin Valley Concentrates, G3 Enterprises*
      *Inc., doing business as Delaware G3*
13   *Enterprises Inc., and MCD Technologies Inc.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER ON PLAINTIFFS' REQUEST TO FILE<br>DOCUMENTS UNDER SEAL</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, pursuant to Local Rule 141, has considered Plaintiffs' Requests to File Documents Under Seal. Because the documents describe Plaintiffs' trade secrets, the Court hereby grants Plaintiffs' Requests to File Documents Under Seal, allowing for the permanent sealing from the general public until, and only if, otherwise ordered by this Court. Gallo may file the following documents under seal in their entirety on May 25, 2018; but, unless it has already done so, Gallo shall file redacted copies of the same before May 30, 2018:

- Joint Discovery Statement;

- Exhibit A (MCD's Second Supplemental Interrogatory Responses); and

- Exhibit B (MCD's Revised Second Supplemental Interrogatory Responses).

- Joint Statement Re Discovery Disagreement

- Exhibit 3 to the Werdegar Declaration

- Exhibit 6 to the Werdegar Declaration (MCD's Objection and Responses to ILVO's First Set of Interrogatories)

- Exhibit 7 to the Werdegar Declaration (SJVC's Objections and Responses to ILVO's First Set of Interrogatories)

- Exhibit 8 to the Werdegar Declaration (G3's Objections and Responses to ILVO's First Set of Interrogatories)

- Exhibit 10 to the Werdegar Declaration (MCD's First Supplemental Objections and Responses to ILVO's First Set of Interrogatories)

- Exhibit 11 to the Werdegar Declaration (SJVC's First Supplemental Objections and Responses to ILVO's First Set of Interrogatories)

1

- Exhibit 12 to the Werdegar Declaration (G3's First Supplemental Objections and Responses to ILVO's First Set of Interrogatories)

- Exhibit 20 to the Werdegar Declaration (MCD_ILVO00000027–30)

- Exhibit 21 to the Werdegar Declaration (MCD_ILVO00000054–58)

- Exhibit 22 to the Werdegar Declaration (MCD_ILVO00000985–987)

- Exhibit 23 to the Werdegar Declaration (MCD_ILVO00000113–115)

- Exhibit 24 to the Werdegar Declaration (MCD_ILVO00000812)

- Exhibit 25 to the Werdegar Declaration (MCD_ILVO00000609–612)

- Exhibit 30 to the Werdegar Declaration (MCD_ILVO00000323–325)

- Exhibit 31 to the Werdegar Declaration (MCD_ILVO00000326)

- Bowser Declaration.


IT IS SO ORDERED.

Dated:   **May 25, 2018**

/s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE