Sanjeet K. Dutta (Bar No. 203463)
Jamie L. Lucia (Bar No. 246163)
STEPTOE & JOHNSON LLP
1 Market Street, Suite 1800 Steuart Tower
San Francisco, California 94105-1211
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
sdutta@steptoe.com
jlucia@steptoe.com

D. Greg Durbin (Bar No. 81749)
Timothy J. Buchanan (Bar No. 100409)
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
greg.durbin@mccormickbarstow.com
tim.buchanan@mccormickbarstow.com

*Attorneys for Plaintiffs*
[Additional Attorneys Listed on the next page]

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY, doing business as SAN JOAQUIN VALLEY CONCENTRATES; G3 ENTERPRISES, INC. doing business as DELAWARE G3 ENTERPRISES, INC.; and MCD TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK; EIGEN VERMOGEN VH INSTITUTTE VOOR LANDBOUW-EN VISSERIJONDERZOEK; FLANDERS' FOOD; and DOES 1-10, <br><br> Defendants. | Case No.: 17-cv-00808-DAD-EPG <br><br> **PLAINTIFFS' REQUEST FOR SEALED HEARING TRANSCRIPT; ORDER** <br><br> (ECF No. 81) |

1

James R. Nuttall (admitted *Pro Hac Vice*)
STEPTOE & JOHNSON LLP
115 South LaSalle, Suite 3100
Chicago, ILL 60603
Telephone: (312) 577-1260
Facsimile: (312) 577-1370
jnuttall@steptoe.com

Stephanie L. Roberts (admitted *Pro Hac Vice)*
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
sroberts@steptoe.com


*Attorneys for Plaintiffs*
*E.& J. Gallo Winery, doing business*
*as San Joaquin Valley Concentrates,*
*G3 Enterprises Inc., doing business*
*as Delaware G3 Enterprises Inc.,*
*and MCD Technologies Inc.*

2

**PLAINTIFFS' REQUEST FOR SEALED HEARING TRANSCRIPT**

Plaintiffs E. & J. Gallo Winery, doing business as San Joaquin Valley Concentrates ("SJVC"), G3 Enterprises Inc., doing business as Delaware G3 Enterprises Inc. ("G3"), and MCD Technologies Inc. ("MCD") (collectively, "Gallo" or "Plaintiffs") respectfully submit this request for a copy of the sealed portion of the hearing transcript. On May 30, 2018 (Dkt. No. 79), the Court held a continuation hearing on Defendants Instituut voor Landbouw-en Visserijonderzoek and Eigen Vermogen VH Instituut Voor Landbouw-en Visserijonderzoek (collectively, "ILVO") Amended Motion for Protective Order Staying Discovery by Plaintiffs Pending Compliance with California Code of Civil Procedure § 2019.210 (Dkt. No. 50).

The Court conducted two portions of the May 30, 2018 hearing as follows: (1) OPEN portion, the hearing was approximately 51 minutes and (2) SEALED portion, the hearing was approximately 7 minutes. On May 30, 2018 (Dkt. No. 80), Plaintiffs submitted a Transcript Request for the proceedings held on May 30, 2018 before the Honorable Erica P. Grosjean, Court Report ECRO - Otilia Rosales. Therefore, Plaintiffs request that the Court authorize the court reporter ECRO - Otilia Rosales (Dkt. No. 79), to provide Plaintiffs' counsel with a copy of the Sealed portion of May 30, 2018 hearing transcript.

Dated: May 31, 2018

By: _/s/ Sanjeet K. Dutta_
Sanjeet K. Dutta
Jamie L. Lucia
1 Market Street
Steuart Tower, Suite 1800
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
sdutta@steptoe.com
jlucia@steptoe.com

*Attorneys for Plaintiffs*

1

**ORDER**

2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3

The Court has considered Plaintiffs' Request for the May 30, 2018 Sealed Hearing

4

5
Transcript on the Motion for Protective Order, and authorizes the court reporter, ECRO - Otilia

6
Rosales, to provide Plaintiffs' counsel with a copy of the Sealed portion of the hearing transcript.

7

8
IT IS SO ORDERED.

9

10
Dated:   **May 31, 2018**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28