KEKER, VAN NEST & PETERS LLP
JEFFREY R. CHANIN - # 103649
jchanin@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK
and EIGEN VERMOGEN VH INSTITUUT VOOR LANDBOUW-
EN VISSERIJONDERZOEK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, doing business as SAN JOAQUIN VALLEY CONCENTRATES; G3 ENTERPRISES, INC. doing business as DELAWARE G3 ENTERPRISES, INC.; and MCD TECHNOLOGIES INC., | Case No. 17-cv-00808-DAD-EPG |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR SEALED HEARING TRANSCRIPT; ORDER** |
| v. | |
| INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK; EIGEN VERMOGEN VH INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK; FLANDERS' FOOD; and DOES 1-10, | |
| Defendants. | |

## DEFENDANTS' REQUEST FOR SEALED HEARING TRANSCRIPT

On May 30, 2018 (Dkt. No. 79), the Court held a continuation hearing on Defendants Instituut Voor Landbouw-en Visserijonderzoek and Eigen Vermogen VH Instituut Voor Landbouw-en Visserijonderzoek (collectively, "ILVO") Amended Motion for Protective Order Staying Discovery by Plaintiffs Pending Compliance with California Code of Civil Procedure § 2019.210 (Dkt. No. 50).  Defendants Instituut Voor Landbouw-en Visserijonderzoek and Eigen Vermogen VH Instituut Voor Landbouw-en Visserijonderzoek (collectively, "ILVO" or "Defendants") respectfully submit this request for a copy of the sealed portion of the hearing transcript.

The Court conducted two portions of the May 30, 2018 hearing as follows: (1) OPEN portion, the hearing was approximately 51 minutes and (2) SEALED portion, the hearing was approximately seven (7) minutes.  On May 31, 2018 (Dkt. No. 84), Defendants submitted a Transcript Request for the proceedings held on May 30, 2018 before the Honorable Erica P. Grosjean, Court Report ECRO Fresno – Otilia Rosales.  Therefore, Defendants request that the Court authorize the court reporter ECRO – Otilia Rosales (Dkt. No. 79), to provide Defendants' counsel with a copy of the Sealed portion of the May 30, 2018 hearing transcript.

Respectfully Submitted,

Dated: May 31, 2018

KEKER, VAN NEST & PETERS LLP

By:   /s/ *Jeffrey R. Chanin*
JEFFREY R. CHANIN
MATTHEW M. WERDEGAR
EDWARD A. BAYLEY

Attorneys for Defendants
INSTITUUT VOOR LANDBOUW-EN
VISSERIJONDERZOEK and EIGEN
VERMOGEN VH INSTITUUT VOOR
LANDBOUW-EN
VISSERIJONDERZOEK

1

# **ORDER**

2 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3        The Court has considered Defendants' Request for the May 30, 2018, Sealed Hearing

4 Transcript on the Motion for Protective Order, and authorizes the court reporter, ECRO – Otilia

5 Rosales, to provide Defendants' counsel with a copy of the Sealed portion of the May 30, 2018

6 hearing transcript.

7
IT IS SO ORDERED.
8

9        Dated:   **June 4, 2018**                    /s/ *Erica P. Grosjean*

10                                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28