**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. GALLO WINERY, doing business as SAN JOAQUIN VALLEY CONCENTRATES; G3 ENTERPRISES, INC. doing business as DELAWARE G3 ENTERPRISES, INC.; and MCD TECHNOLOGIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> INSTITUUT VOOR LANDBOUW-EN VISSERIJONDERZOEK; EIGEN VERMOGEN VH INSTITUTTE VOOR LANDBOUW-EN VISSERIJONDERZOEK; FLANDERS' FOOD; and DOES 1-10, <br><br> Defendants. | Case No. 1:17-cv-00808-DAD-EPG <br><br> **ORDER RE PLAINTIFFS' REQUEST TO FILE DOCUMENT UNDER SEAL** <br><br> (ECF No. 99) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, pursuant to Local Rule 141, has considered Plaintiffs' Request to File Document Under Seal. Because the document describes Plaintiffs' trade secrets, the Court hereby grants Plaintiffs' Request to File Document Under Seal, allowing for the permanent sealing from the general public until, and only if, otherwise ordered by this Court.

Gallo may file the following document under seal in its entirety on July 13, 2018:

• Plaintiffs' List of Trade Secrets

IT IS SO ORDERED.

Dated: **July 17, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE