UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, et al., | Case No. 1:17-cv-00808-DAD-EPG |
| Plaintiffs, | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| INSTITUUT VOOR LANDBOUW - EN VISSERIJONDERZOEK, et al., | (ECF No. 130) |
| Defendants. | |

Plaintiffs, E. & J. Gallo Winery, G3 Enterprises, Inc., and MCD Technologies, Inc., and Defendants, Instituut Voor Landbouw - En Visserijonderzoek, and Eigen Vermogen Vh Instituut Voor Landbouw - En Visserijonderzoek, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 130). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __June 6, 2019__                    /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE